```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                :

CARLOS RIVERA,                      10 Civ. 6661 (WHP)
                                :

          Plaintiff,               SCHEDULING ORDER
                                :

      -against-
                                :

PLAZA ACCESSORY OWNER, LP, et al.,
                                :

          Defendants.
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for an initial pre-trial conference on November 19, 2010, the following schedule is established on consent of the parties:

        (1) Any joinder of parties or amendment of the pleadings shall be completed by December 31, 2010;

        (2) All discovery shall be completed by March 31, 2011;

        (3) The parties shall submit a joint pre-trial order in accordance with this Court's Individual Practices by April 29, 2011; and

        (4) This Court will hold a final pre-trial conference on May 6, 2011 at 10:30 a.m.

Dated: November 19, 2010
       New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

Fausto E. Zapata, Jr., Esq.
The Law Offices of Fausto E. Zapata, Jr., P.C
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

William P. McLane, Esq.
Littler, Mendelsohn
One Newark Center, 8th Floor
Newark, NJ 07102
*Counsel for Defendants*