UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CARLOS RIVERA,

               Plaintiff,

PLAZA ACCESSORY OWNER, LP, et al.,

               Defendants.
----------------------------------------------------------X

10 Civ. 6661 (WHP)

REVISED
SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/11

WILLIAM H. PAULEY III, District Judge:

       The parties having appeared for an initial pre-trial conference on November 19, 2010, the following schedule is established on consent of the parties:

1. Any joinder of the parties or amendment of the pleadings shall be completed by December 31, 2010;

2. All discovery shall be completed by May 31, 2011;

3. The parties shall submit a joint pre-trial order in accordance with this Court's Individual Practices by June 30, 2011;

4. This Court will hold a final pre-trial conference on July 8, 2011 at 10:30 a.m.

Dated: April 14, 2011
        New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.