**LITTLER MENDELSON**
A Professional Corporation
One Newark Center - Eighth Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RIVERA,<br><br>                   Plaintiff,<br><br>-against-<br><br>PLAZA ACCESSORY OWNER LP, EL-AD PROPERTIES NY LLC, CPS 1 REALTY LP LLC, AND FHR (N.Y.) LLC,<br><br>                  Defendants. | Civil Action No. 1:10-cv-06661 (WHP)<br><br>**NOTICE OF DEFENDANTS'**<br>**SUMMARY JUDGMENT MOTION**<br>**PURSUANT TO FED. R. CIV. P. 56**<br><br>*Electronically Filed* |

TO:   Fausto E. Zapata, Jr., Esq.
        The Law Offices of Fausto E. Zapata, Jr., P.C.
        Attorneys for Plaintiff
        Broadway Chambers Building
        277 Broadway, Suite 501
        New York, New York 10007

**PLEASE TAKE NOTICE** that, upon Defendants' supporting Memorandum of Law, the Certification of William P. McLane and the exhibits attached thereto, Defendants' Local Civil Rule 56.1 Statement of Material Facts, and all other matters of record, Defendants will move this Court before the Honorable William H. Pauley, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on February 3, 2012, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' motion for summary judgment and dismissing Plaintiff's Complaint in its entirety, with prejudice.

Dated: December 2, 2011

                Respectfully submitted,

                **LITTLER MENDELSON, P.C.**

                By: /s/ William P. McLane
                     William P. McLane
                     Attorneys for Defendants

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. On this date, I caused a true copy of the following:

**Notice of Defendants' Motion for Summary Judgment**

**Memorandum of Law in Support of Defendants' Motion for Summary Judgment**

**Certification of William P. McLane in Support of Defendants' Motion for Summary Judgment**

**Defendants' Local Civil Rule 56.1 Statement of Material Facts**

to be served on plaintiff's counsel, listed below, via ECF:

Fausto E. Zapata, Jr., Esq.
The Law Offices of Fausto E. Zapata, Jr., P.C.
Attorneys for Plaintiff
Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2011

William P. McLane