Q. I just have a couple questions based on what your attorney asked you.
Is it your testimony that the bartenders who were hired at the Champagne Bar and the Rose Club when the hotel reopened who had not previously worked at the Plaza Hotel did not know what a Bloody Mary was?
A. Bloody Bull. Some drinks that are made differently.
Q. But they knew what a Bloody Mary was; right?
A. Yes.
Q. Is it your testimony they didn't know what a Manhattan was?
A. The standard -- the new standard at the Plaza, the new ingredients which are put in, like, bitter into the Manhattan, they made it differently, and it is made with olive from Croatia which are black olives, and have an infusion of alcohol.
Q. Am I correct that a classic Manhattan would have bourbon, bitters and Vermouth and a maraschino cherry?
A. We use black olives instead of the maraschino.
Q. That's what the Plaza uses as a Manhattan?
A. Yes.

Q. Do you know whether or not the bartenders were the only job title to receive the option of enhanced severance when the hotel closed in 2005?
A. No. All of the employees at the hotel.
Q. So all the job classifications at the hotel received an option to take severance in lieu of their recall rights; correct?
A. Yes, correct.
Q. And you testified that your basis for age discrimination is that the bartenders who were hired when the hotel reopened who were not recalled were younger than you. When you were hired in 1988, you were 26 years old; correct?
A. Yes.
Q. And you were young and inexperienced; correct?
A. Yes, but I learned during the training. I started from the bottom.
Q. Do you believe that when you were hired in 1988 as a 26-year-old at the Plaza, that because of that, somebody else must have been discriminated against who worked there?
A. Excuse me?
Q. What date are you referring to? You testified that because they hired young, inexperienced

people as bartenders, that supports your discrimination claim. What I want to know is that you were young and inexperienced when they hired you; right?
A. Yes. That was a different time and different managers at that time. More professional at that time, more professional than some that have been chosen.
Q. In your opinion, what's the most prestigious bar to work at in New York City?
A. There's the Oak Bar, there's another one Bellamen's Bar at the Carlyle Hotel. The Plaza has one of the best, the Oak Bar.
Q. The Oak Bar?
A. Yes. It's prestigious. A lot of pictures, as you can see. It has a mural of a horse's carriage, big mural. It's fancy.
MR. McLANE: Thank you.

EXAMINATION

BY MR. ZAPATA:
Q. One last question.
When you were hired to work at the Plaza and you were 26, were you hired to work as a front bartender?
A. No. I started as a busboy. And from then, I

escalated getting experience until they transferred me to a higher position with more prestige, more money.
Q. How long did it take from the time that you were hired for you to get promoted to the front bar position?
A. Four or five years, because all the bartenders were very young, almost of the same age and no one leaves. It's one of the best jobs, more desirable and good location in Manhattan and midtown.
Q. What year were you promoted to be a front bartender?
A. In '96.
Q. So it took about eight years --
MR. McLANE: Object to the form.
A. Yes.
MR. ZAPATA: No further questions.
(Time noted: 4:23 p.m.)

CERTIFICATION

I, MICHELLE GALLO, a Certified Court Reporter and Notary Public of the State of New Jersey, do hereby certify that the foregoing witness, CARLOS RIVERA, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

Michelle Gallo

MICHELLE GALLO, CCR

JURAT / ERRATA

I have read my testimony in the foregoing transcript and believe it to be true and correct to the best of my knowledge and belief with the following changes:

| PAGE | LINE | CHANGE |
|---|---|---|
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |
| ____ | ____ | ______________________ |

___________________________ ____________

WITNESS SIGNATURE DATE

Sworn and subscribed to before me this ____ day of ________________, 2011.

Notary Public of the State of ______________________.

# Exhibit "B"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

CARLOS RIVERA,

Plaintiff,

-against-

PLAZA ACCESSORY OWNER LP, EL-AD PROPERTIES NY LLC, CPS REALTY LP LLC, AND FHR (NY)LLC,

Defendants.

------------------------------------X

Civil Action No. 1:10-cv-06661 (WHP)

DEPOSITION of LIAM FLANAGAN, taken pursuant to Article 31 of the Civil Practice Law & Rules of Testimony, and Subpoena, held at the offices of Barrister Reporting Services, Inc., 120 Broadway, New York, New York, on March 3, 2011, at 10:13 a.m., before a Notary Public of the State of New York.

********************************************************

BARRISTER REPORTING SERVICE, INC.

120 Broadway

New York, N.Y. 10271

212-732-8066

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARLOS RIVERA,
Plaintiff,
-against-
PLAZA ACCESSORY OWNER LP, EL-AD PROPERTIES NY LLC, CPS 1 REALTY LP LLC, AND FHR (NY)LLC,
Defendants.
------------------------------------X
Civil Action No. 1:10-cv-06661 (WHP)

DEPOSITION of LIAM FLANAGAN, taken pursuant to Article 31 of the Civil Practice Law & Rules of Testimony, and Subpoena, held at the offices of Barrister Reporting Services, Inc., 120 Broadway, New York, New York, on March 3, 2011, at 10:13 a.m., before a Notary Public of the State of New York.

************************************************************

BARRISTER REPORTING SERVICE, INC.
120 Broadway
New York, N.Y. 10271
212-732-8066

APPEARANCES:

THE LAW OFFICES OF
FAUSTO E. ZAPATA, JR., P.C.
Attorneys for Plaintiff
277 Broadway, Suite 501
New York, New York 10007
(212)766-9870
BY: FAUSTO E. ZAPATA, ESQ.

LITTLER MENDELSON, P.C.
Attorneys for Defendants
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973)848-4700
BY: WILLIAM P. McLANE, ESQ.

ALSO PRESENT:

Carlos Rivera,
Plaintiff

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification, and the same are, hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to by an officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

Xxxxx

L. FLANAGAN

LIAM FLANAGAN,
Having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. ZAPATA:
Q Please state and spell your name for the record.
A Liam Flanagan. L-I-A-M. F-L-A-N-A-G-A-N.
Q What is your address?
A It's 31-65 29th Street, Apartment B1, Astoria, New York 11106.
Q Mr. Flanagan, good morning. Are you currently employed?
A Yes.
Q Where are you employed?
A Plaza Hotel.
Q How long have you been employed at the Plaza Hotel?
A Since October 1988.
Q Where is the Plaza located?
A It's on 59th Street and Fifth Avenue.

L. FLANAGAN

Q When you were hired in October 1988, what position were you hired to work for?
A I was hired originally as a bar-back.
Q Can you please describe the duties of a bar-back?
A Bar-back basically is there to help the bartenders set up, get them supplies -- ice, liquor, juices -- stuff like that.
Q And when -- did your title ever change from a bar-back?
A Yeah. After -- after about six months.
Q And it changed to what?
A Service bartender.
Q Can you please describe the duties of a service bartender?
A Service bartender is basically somebody who is at the back of the house, just there for waiters who bring drinks to the guests in the room.
Q You say back of the house, what does that mean?
A That means you don't have any interaction with the hotel guests. Like it's in the kitchen, the bar is situated, and then

L. FLANAGAN

the waiters come to you to get drinks for the people in the room.
Q And do you receive tips for that position?
A No.
Q How long did you work as a service bartender?
A Roughly about eighteen months.
Q And then did your title change?
A Yeah. I went to work in the front bar.
Q Can you please describe the duties -- let me withdraw that.
You went to work at the front bar in what capacity?
A A -- to begin with it was vacation relief, when the senior bartenders would go on vacation you would replace them, especially in the summertime, and then if somebody retires you would go permanently to the front bar.
Q And did that happen in your case, did somebody retire?
A Yes. I believe two guys retired.
Q And then what happened after they were retired?

L. FLANAGAN

A After they retired, then the senior service bartender gets that position in the front bar.
Q Did you ever -- from service bartender you became the front bartender vacation relief?
A Yes.
Q And how long did you work in that capacity?
A As vacation relief?
Q Yes, sir.
A It would be about a year, I would say.
Q And then did your title change?
A Yeah, when I became permanently, I became a front bartender.
Q Can you please describe the duties of a front bartender?
A Front bartender is there to -- guests from the street or hotel guests who come to the bar, they want to have a drink, have a chat, watch the TV and just be, every day.
Q Can you compare the duties of a front bartender to that of a service bartender?
A Just two basic differences, that the

L. FLANAGAN

front bartender, you're interacting with people, with guests, and plus you're making tips. Service bartender, you don't make any tips, so it's a difference in salary, more or less.
Q Is there any difference in status?
A No -- a bartender is a bartender. Status is just that I suppose the difference is your income. It is a status difference because if you're a front bartender it's part -- a better position than the service bar.
Q It's considered a better position?
A Yeah.
Q By who?
A Everybody -- hotel management, bartenders -- anybody who works in the industry would say that to you.
Q Now, you stated that you worked as -- you started working as a front bartender -- permanent front bartender -- actually, I didn't get the date. When did you start working as a permanent front bartender, if you can ballpark it?

L. FLANAGAN

A I would say if I was there '88, probably -- probably '92, permanent.

Q Now, how many front bars -- let me withdraw that.

Can you please tell us what bars existed at the Plaza prior to 2005 -- withdrawn.

Can you please tell us the names of the bars that existed at the Plaza Hotel in 1992?

A Okay. We had the Oak Bar, Oyster Bar -- you want all front bars or every --

Q Give me the front bars.

A Okay. Front bars would have been the Oak Bar and the Oyster Bar and -- yeah, that would be it.

Q Were there any other types of bars?

A Yeah. We had a room service bar, Palm Court which would have been considered a service bar as well. And we had the Edwardian Room.

Q So two service bars in 1992?

A Two would have been the Palm Court and room service.

Q And did there -- after 1992 -- let's say in 2005, how many -- can you please tell us

L. FLANAGAN

the service bars that existed at the Plaza?

A At the time would have been the Palm Court and the service bar.

Q And how about -

A Just to -- sorry -- I don't know if it's relevant but we had the Edwardian Room as well, and it was a front bar but it was, like, for guests who are waiting for a table, but they wouldn't buy drinks at the bar, they would pay for them when they went to the table -- I don't know if you would consider it a front bar or service bar.

Q Were there tips associated with working at the Edwardian Room?

A No.

Q When you worked -- I guess during your tenure at the Plaza, have you ever been subjected to any kind of performance evaluations?

A No.

Q Have you ever been disciplined?

A No. I mean, I've been talked to like in instances with managers if something, like, happened with a guest, but never with human

L. FLANAGAN

resources and written up or anything like that.

Q But you have been spoken to by managers --

A Yeah.

Q -- corrective, minor stuff?

A Yeah. Yeah.

Q Do you know who Carlos Rivera is?

A Yes.

Q Can you tell us who he is?

A (Indicating). He worked with me. He came into the hotel after me, started off as a bar-back. Probably followed the same pattern as me, was a service bartender and became front bartender.

Q How long have you known Carlos?

A Sixteen, seventeen years, I would say.

Q Can you please describe the circumstances -- withdrawn.

Now, when you worked as a service bartender, what bar did you work at?

A Room service.

Q When you worked as a front bartender vacation relief, where did you work?

L. FLANAGAN

A It was a combination, I worked in the Oak Bar and the Oyster Bar.

Q And between 1992 and 2005, where did you work as a front bartender?

A My permanent position ended up being in the Oyster Bar.

Q Have you ever worked with Carlos --

A Yes.

Q -- same bar?

A Yes.

Q When?

A Carlos -- like when I became a front bartender in the Oyster Bar, when the other guys would go on vacation, he would fill in and work with me.

Q Can you give us a ballpark like what timeframe?

A The year? I would say probably '98, maybe.

Q Do you know -- do you know what positions Carlos has held during his employment at the Plaza Hotel?

A Yes.

Q Can you please tell us?

L. FLANAGAN

A He was a service bartender, then he did vacation relief, and he ended up as a permanent Oak Bar bartender.
Q Do you know when he became a permanent Oak Bar bartender?
A I couldn't give you the date. I would say -- I couldn't tell you really an exact date.
Q Okay. Do you know if he was a permanent Oak Bar front bartender in 2005?
A Yes.
Q How about in 2004?
A Yes.
Q 2003?
A Yes. I would say he was at least there four or five years.
Q Four or five years --
A Oak Bar.
Q When you say four or five years, can you just tell us timeframe -- do you mean from 2005?
A Yeah, going backwards. Yeah, because we closed in 2005, so I would say 2000 -- could be even earlier.

L. FLANAGAN

Q 2000, possibly 2001?
A Yes.
Q Do you know who was working at the Oyster Bar as a front bartender in early 2005?
A Early 2005, it would have been me and Chuck Litterhouse, and Paul Ing would have been another guy, and there's -- there's a Chinese guy, Freddie, I forget his last name.
Q That's it?
A That would be it.
Q Chuck Litterhouse, can you describe what he looks like?
A Yeah. I mean, he's white, American guy, curly hair, mustache -- he looks a little bit like Tom Selleck, actually.
MR. McLANE: Lucky him.
Q About -- do you know how old he was in 2005, roughly?
A Yeah. If I'm forty-four, he was probably thirty-nine, forty.
MR. McLANE: That was 2005, right?
Q As of 2005, correct?
A Yes.

L. FLANAGAN

Q Paul Ing, do you know -- can you please describe what he looks like?
A He's a small Asian looking guy, about five-five.
Q And in 2005, can you approximate how old he was?
A Yeah. He was about sixty-five because he retired after, you know, when the hotel closed.
Q Freddie, do you know -- can you describe what Freddie looked like?
A Yeah. Freddie would basically -- I want to say he looks the same, but he was about sixty-six, Chinese, five-foot-five, probably smaller than me.
Q Do you know how old he was?
A Yeah. About sixty-six, sixty-seven. He he retired as well. He was getting ready to retire anyway.
Q And how old are you today?
A I'm forty-four.
Q And how about the Oak Bar, were you familiar with the front bartenders that worked at the Oak Bark in 2005?

L. FLANAGAN

A 2005, yeah. Because there was Jose Arbonna, Orlando Rivera, Carlos would be another one.
Q Carlos Rivera?
A Yes.
MR. McLANE: Who was the first guy?
MR. ZAPATA: Jose.
THE WITNESS: Arbonna.
MR. ZAPATA: Arbonna.
A Those three I remember. And there was a Jose Jimenez but he was a bar-back.
Q I'm going to show you this document that I would like to have marked for identification as Exhibit 1 (handing).
(Whereupon, the bartender and bar-back schedule for the Plaza was marked as Plaintiff's Exhibit 1 for Identification.)
Q Do you recognize the document that I've just given you that's just been identified as P1 for the record?
A Yes. It's the bartender and bar-back schedule for the Plaza.

L. FLANAGAN

Q Okay. Now, in -- the Oak Bar has some names there.
A Yes.
Q Rubin?
A Rubin Smith.
Q Do you know who Rubin is?
A Yes.
Q Who is Rubin?
A Rubin -- he would have been the senior bartender in the Oak Bar.
Q And Jose M, do you know who that is?
A Yes. Jose Mahia, yes.
Q Sammie?
A Yes, Sammie.
Q Do you know who Sammie is?
A Yes. Sammie retired.
Q Do you know who Victor is?
A Yes.
Q Who's Victor?
A Victor is a bartender. He used to be a backup bartender so he's in the Oak Bar as well.
Q Now, Jose Arbonna, can you describe what he looks like?

L. FLANAGAN

A Yeah. He's about my height, my age.
Q How tall are you?
A Five-seven, so he would be my height. Tight haircut, Spanish.
Q Hispanic?
A Yeah.
Q Do you know what color his skin is, if you had to describe it?
A It would be light, very light, close to mine.
Q What color is your skin?
A White.
Q And Orlando Rivera, can you describe what he looks like?
A Orlando is Spanish -- Puerto Rican, actually. Black hair, mustache.
Q Do you know about how old he is?
A He would be in his -- now he would be late fifties.
Q As of today?
A Yeah.
Q Do you know -- can you describe the color of his skin?
A Yeah. It's light brown.

L. FLANAGAN

Q Light brown. Rubin Smith, can you describe what he looks like?
A Yeah. He's -- he's from Saint Thomas, he's very dark skin, about five-nine.
Q Is he African American or of African descent?
A He would be -- I mean, Saint Thomas -- he would be African American if you saw him, you know, but he's from Saint Thomas --
Q But he's of African descent?
A Yeah, yeah.
Q About how old is he?
A Today he would be about sixty-eight, I would say. Maybe seventy.
Q Jose Mahia?
A Jose Mahia, yeah. He's from Honduras, Spanish guy, light brown skin.
Q About how old was he in 2005, if you had to ballpark it?
A He would have been about forty-four, forty-five.
Q Sammie, can you please describe what he looks like?
A Thai, from Thailand, small, about

L. FLANAGAN

five-two, gray hair. He was in his sixties as well because he retired right around the time it closed.
Q And Victor?
A Victor is a Filipino guy, black hair, dark skin, he's about five-two, smaller.
Q Age?
A Victor would be in his mid-forties as well, I would say.
Q Now, looking at the Oyster Bar, it says, Felipe?
A Yes.
Q Who is Felipe?
A Felipe Pagani is -- the way -- if you look at the schedule the way it looks, it goes -- see the names, it goes by the senior guys is the top guys and then it goes down from there. Felipe would have been the senior bartender in the Oyster Bar. He's Puerto Rican. He retired as well. He was in his sixties back then. Kind of bald.
Q Who color was his skin?
A Kind of sallow -- kind of brown, light brown.

L. FLANAGAN

Q Leo?
A Leo Angelias was a bar-back, so -- he was Dominican Republican, I think, or Puerto Rican. Brown skin. Light brown skin.
Q Age?
A Leo would be fifty, I would say.
Q How about -- it says Yvenel?
A Yvenel, yeah. He's black. He's a Haitian -- Haitian guy. Dark skin.
Q How old?
A He'd be close to forty-eight, fifty as well.
Q Forty-eight, fifty today or --
A Today, yeah.
Q Julio?
A Julio Montas, yeah. He was a bar-back as well. He's from Dominican Republic. He's tall, about six-foot-two, I would say, black hair, mid-forties as well -- probably fifty now.
Q What country?
A Dominican Republic.
Q Wahid?
A Wahid is an Indian guy, dark brown skin,

L. FLANAGAN

about my height. He'd be probably fifty today. From Guyana, actually.
Q Now, looking at the list where it says Oyster Bar on the document that's been identified as P1, can you tell us on the list under Oyster Bar which of those individuals are front bartenders?
A Felipe, myself, Yvenel, Paul, Wahid.
Q Looking at the Oak Bar list in the document that's been identified for the record as P1, can you identify individuals that are front bartenders on that list?
A All of them. You want me to name them all?
Q If all of them, you've identified them. And just to be clear, you stated that this document was a schedule?
A Yes.
Q Do you know when the schedule was in effect, approximately?
A March 2005.
Q Now, you testified a little while ago that the hotel closed -- when did the hotel close?

L. FLANAGAN

A April two oh five.
Q Do you know why it closed?
A Yes. It was somebody bought the property and they were converting half of it to condominiums, so there had to be, you know, construction work.
Q At the time that the hotel closed, were you told anything with respect to your job?
A Yes. We had an option. We could have took the -- we had two types of severance pay. If you took two weeks severance pay you had no recall rights, and if you took one weeks severance pay you had recall rights to your job. That's one week for every year you worked.
Q What option did you select?
A I took the one week recall rights.
Q What did you understand that to mean, recall rights?
A Recall rights is -- basically it goes on seniority, and when you go back to work whoever is the senior guy, you know, you get to pick whatever front bar you want to work first.

L. FLANAGAN

Q And how did you learn about the recall rights?
A Well, we had -- you know, we had -- the union would come in and we'd -- they'd set up meetings and tell us how things would progress, and then when we closed down, on a yearly basis they would, you know, call a meet and say this is what's going on right now, and they'd call us and say you're going to be called back on such a date to work.
Q Did anybody from the Plaza tell you that you had recall rights?
A Management-wise?
Q Yes.
A Yes. I got a call from Rajan Lai.
Q Can you spell that, if you know?
A R-A-J-A-N, and Lai is L-A-I -- roughly. And he would have been the human resources director of the Plaza.
Q So you received a call from the human resources director when?
A I think that would have been in February two oh eight.
Q And what did he say to you regarding

Page 25

L. FLANAGAN

recall rights?
A Basically he left a message on my phone and said you only took one weeks severance pay, we're giving you notification if you want to come back to work, let us know, call me back at this number.
Q Did you speak to him?
A No.
Q What did you do in response to receiving that message?
A Well, I called human resources, and I got some Martus (phonetic) lady on the phone, and I told her that I was coming back and they sent out a letter then.
Q And did you come back?
A I did.
Q Now, during your tenure with the Plaza beginning on 1992 when you became a front bartender, did you receive any training from the Plaza Hotel?
A No.
Q Were you given any materials to review to help you --
A No.

Page 26

L. FLANAGAN

Q -- do your job?
A No. Basically how it works is that you were a service bartender and you went up to the front bar, the experienced guy up there would just show you the way. You knew the drinks already anyway, but he'd -- you know, he would show you the outfit, how -- where things are, and that was how it was done.
Q So after you became a front bartender you received no training from the Plaza Hotel?
A No.
Q During your tenure at the Plaza prior to 2005, did you ever have occasion to observe Carlos Rivera while he was working?
A Yes.
Q Can you characterize how often?
A I mean, worked alongside me or just --
Q Just observed?
A Observed -- few days a week for years.
Q And just to be clear, you observed -- observed him working as a front bartender --
A Yes.
Q -- a few days a week for years?
A Yes. Well, what would happen is back

Page 27

L. FLANAGAN

then the hotel, they owned all the good bars, all the outlets so --
Q Just to be clear, when you say back then, what are you referring to?
A Two oh five, before we closed down. So what would happened is if I ran out of a bottle of vodka, I could go to Carlos in the Oak Bar and get a -- borrow one from him, you know, or vice versa, so I would see him.
Q And how many times -- I mean, could you please characterize how often you would work side by side with Carlos?
A Side by side, me and Carlos, we would work together over -- for weeks over summers, you know, when he would come up and do vacation relief.
Q So it's fair to say you had the opportunity to observe him perform his job duties?
A Yes.
Q What, if anything, did you observe about how Carlos Rivera performed his job duties as a front bartender at the Plaza prior to 2005?
A I enjoyed working with Carlos. He's

Page 28

L. FLANAGAN

very good with customers. You know, he would be better like -- say, when it's busy, I would take the service end, he would be more engaging with the customers than me. So yeah, he did his duties, but it's a fairly simple job.
Q To you. How would you describe Carlos Rivera's interaction with customers at the bar -- at the front bar when you worked with him prior to 2005?
A He's good. People like him. He's very engaging.
Q All right. Let's talk about when you came back to the hotel after being recalled. Just to be clear, when did you return to the hotel after being recalled?
A I think it was -- it was either February 11th or February 14th.
Q Just to be clear, when I say the hotel, I'm referring to Plaza Hotel.
A The Plaza.
Q When you came back to the hotel in February 2008, can you please tell us -- describe to us your first day of work?

L. FLANAGAN

A Well, what happened because I was the senior bartender I was called back a week before these other bartenders. So they called back the Palm Court crew first because they were going to try to open that restaurant first. So the first day we did orientation, and then we worked for a week, and then they brought in the rest of the crew for the Champagne Bar and the Rose Club.
Q Okay. When you returned to work that first week, did you see Carlos Rivera?
A No.
Q Were there any front bartenders that had worked at the Plaza in 2005 that you saw your first week back in February 2008?
A No. I was the only bartender inhouse that day.
Q Can you please describe the training that you received, orientation?
A Well, basically what happened for us when we -- when the first week back or the whole process for the three weeks of training?
Q Let's do the first -- let's do the three weeks.

L. FLANAGAN

A Basically the bars weren't constructed yet to train behind, so what we did basically for three weeks as bartenders, we -- to keep us occupied we trained as servers, including the bartenders.
Q Just to be clear, when you say we trained, who are you referring to?
A Well, I would say talking -- would be me, Carlos, Evelio Tejada, and the new hires as I would call them.
Q So the new hires, in addition to Evelio Tejada, Carlos Rivera, and yourself -- you were trained servers; is that what you're saying?
A Yes.
Q Okay. What else?
A Yeah. And then from my -- my own instance was that the manager told me that I was going to be working in the Palm Court as a service bartender.
Q Just to be clear, when the hotel -- the Plaza Hotel reopened in February of 2008, can you please state for the record the names of the front bars?

L. FLANAGAN

A The front bar would have been the Rose Club and the Champagne Bar.
Q And the service bars?
A Service bar would have been the Palm Court.
Q So you --
A Sorry. The Oak Bar is still there but it's not part of the hotel -- a private company owns it now.
Q So it's no longer on part of the Plaza Hotel?
A Yeah.
Q Now, you testified just now that you learned after being recalled in February 2008 that you were going to be assigned to work at the Palm Court?
A Yes.
Q And what position would you hold -- let me withdraw that.
In what capacity were you told you were going to be working at the Palm Court?
A Well, when I went there and then these other guys were recalled to work and some of my old colleagues servers were training in the

L. FLANAGAN

Champagne Bar and the Rose Club, I questioned it, I said, you know, I'm supposed to be a front bartender, I've been a front bartender for years. So the manager at the time, Bjorn, who is the manager of Palm Court, he said he would go to human resources and find out --
Q Let's back up. I'm -- I guess what I want to know is, you were told that you were going to be working at the Palm Court by the Plaza Hotel, correct?
MR. McLANE: Objection to form.
You can answer.
A Yes.
Q Who told you, you were going to be working at the Palm Court?
A Anthony Evangelista.
Q And who is he?
A He was the manager of the Rose Club and Champagne Bar.
Q And what position were you told that you would be working in at the Palm Court?
A Palm Court is service bartender.
Q So you would be working as a service bartender?

L. FLANAGAN

A Yes.
Q And was that acceptable to you?
A No.
Q Why not?
A Because I'm a front bartender. I've been a front bartender for years, and I was told, you know, by the union and at the hotel before we left that I would be a -- when I came back I would be a front bartender.
Q You said you were told by the hotel before you left --
MR. McLANE: And the union, he said.
A And the union.
Q You were told by the hotel before you left -- and when you say before you left, what timeframe are you talking about?
A Well, if we closed down in April two oh five, it was sometime in April.
Q In April 2005, you were told by the hotel that you would return as a front bartender?
A Yeah.
Q Who told you from the hotel, if you

L. FLANAGAN

remember?
A I can't remember his name. Could have been Tom Norberg if he was there. He was the manager. Tom Norberg, N-O-R-B-E-R-G. I think it was him.
Q Do you know what position he held?
A He would have been the beverage manager.
Q So after you learned that your employer was assigning you to work at the Palm Court as a service bartender, did you do anything?
A Yes. I told the manager in the Palm Court about --
Q Which manager?
A Bjorn is his name. I don't know his last name.
Q Bjorn?
A Yeah.
Q Okay. Continue.
A And I told him the situation, he said he'd go down to --
Q When you say told him the situation, can you just please for the record state what --
A I explained to him about seniority rights -- front bartender, service bartender.

L. FLANAGAN

Q Tell us everything you said.
A Okay. I said to him basically that I worked in the hotel so long, I'm a front bartender here, I'm seniority, I'm supposed to be working the front bar. And he said -- he told me, I'll go to human resources and I'll find out, I'll ask. So he went down and he -- he asked Rajan Lai, and Rajan said if it's correct what I say, I will be working the front bar.
Q Anything happen after that?
A Yeah. I went down to see Rajan myself, and he said, yes, you're entitled to work the front bar.
Q When did you meet with Mr. Lai?
A The day I told Bjorn, which would be back in the hotel about a week then, I told Bjorn, and he said, yes, he's going to look into it, and if the facts are correct, you will be put behind the front bar.
Q And then you spoke to Mr. Lai at some point after that?
A Yes.
Q Shortly thereafter?

L. FLANAGAN

A Yeah. Probably the next day.
Q And how did you end up speaking to him?
A I just went -- you know, it's an open door policy, human resources --
Q You went to human resources?
A Yes.
Q And just to be clear, what -- at that time when you went to go speak to Mr. Lai in February 2008, what position did Mr. Lai hold?
A He was human resources director.
Q Okay. Now, when you went to go speak to Mr. Lai, what did you say to him?
A I told him exactly what I told Bjorn about seniority, about working for the hotel for so long in the front bar.
Q What did you tell him about seniority?
A I told him that, you know, the policy is that if you have seniority, especially when you're number one at seniority, you get to pick which bar you work in and your schedule, more or less, what days off you have.
Q Did you tell him anything else?
A Yeah. Basically I told him, you know, this is the situation, and he said, you're

L. FLANAGAN

right, you're correct, I just have to look at your file and get back to you later on in the afternoon, and he did, and he came up and he said, yeah, a couple days time you'll work in the Rose Club, Champagne Bar -- or train, we weren't opened yet.

Q So when the hotel -- I guess, the -- when the Rose Club opened up for the first day when it opened up to the public, were you working there?

A Yes. What happened first is the Champagne Bar opened the first of March, actually, two oh eight, the Rose Club didn't open for another month after that. So the bartenders, we kind of worked in the Champagne Bar and on the floor for that time.

MR. McLANE: I'm sorry, when did you say Rose Bar opened?

THE WITNESS: April.

Q I want to show you this document that I would like to have it marked for identification as P2.

(Whereupon, a the Rose Club and Champagne Bar schedule was marked as

L. FLANAGAN

Plaintiff's Exhibit 2 for Identification.)

Q Please review the document that I've just given you. It's been identified for the record as P2. After you finish reviewing that document, please look up at me. Do you recognize the document I've just given you?

A Yes.

Q What do you recognize this to be?

A It's the Rose Club and Champagne Bar schedule.

Q How do you recognize it?

A I can tell by the names, and it states Rose Club, Champagne Bar.

Q Do you know who Robert Kenyon is?

A Yes.

Q Can you tell us who he is?

A He's a former bartender in the Rose Club, Champagne Bar.

Q Can you please describe what he looked like?

A He was a white American, about six-foot, twenty-six years of age.

Q You state he no longer works at the

L. FLANAGAN

Plaza Hotel?

A Yes.

Q Do you know why he no longer works there?

A Yeah. I mean, he was having issues with the beverage -- the food and beverage director, and you know, it was coming to a head so he resigned.

Q Do you know when he started working at the Plaza Hotel?

A February.

Q February of what year?

A Two oh eight.

Q Do you know where he worked?

A Rose Club, Champagne Bar.

Q Did you ever have occasion to speak to Mr. Kenyon?

A Yes.

Q Did you ever learn as to what his prior experience was working as a bartender?

A Yeah. He worked in a place called Gin Lane which was -- Anthony Evangelista was one of the owners. That would have been our -- the manager of Rose Club and Champagne Bar, so

L. FLANAGAN

that closed down, a receivership, so when Anthony came back to the Fairmont -- to the Plaza, he gave Rob a job.

Q Do you know how long he had been the bartender?

A No, I can't tell.

Q Did you have -- ever have an opportunity to observe him work?

A Yes.

Q Can you please describe what you observed about the way in which he worked?

A He was a good bartender, he was knowledgeable, efficient, nice to the customers.

Q You say that he had problems at work?

A Yeah. There was -- there was -- I think it was more of a personality thing than any issues, and this guy, he was late a few times, he was written up, and -- it just was wasn't going to well for him in there, you know, the -- so he was going to try something else.

Q So he got written up for being late?

A Yeah.

L. FLANAGAN

Q Do you know if he had any other disciplinary problems?
A Yeah. I think his girlfriend was in there one day at the bar, you know, and the manager observed it. You know, she was having a drink at the bar, talking to him -- so he got written up for that as well.
Q Was he accused of anything?
A He was accused of giving a free drink.
Q How about Prather Remm?
A Prather Remm, yeah.
Q Do you know who Prather Remm is?
A Yes.
Q Can you please tell us who?
A She was a -- a bit of history behind her. She's the first female bartender ever in the Plaza Hotel. And she was what you call a new hire as well.
Q Do you know about how old she was, approximately?
A She was twenty-nine, thirty.
Q Do you know what color skin she had?
A White.
Q Did you ever have -- withdrawn.

L. FLANAGAN

Do you know if she still works at the Plaza Hotel?
A No.
Q Do you know why she no longer works there?
A She was always late. So she was getting written up and they let her go.
Q Did you ever have an opportunity to observe her working?
A Yes.
Q Do you know where she worked, which bar?
A Rose Club and Champagne Bar. We usually fluctuate between two, most people.
Q Now, are you familiar with her prior experiences as a bartender?
A No.
Q Can you please describe -- let me withdraw that.
You stated that you had an opportunity to observe Ms. Remm work at the Plaza Hotel, correct?
A Yes.
Q And you saw her -- you observed her working as a front bartender?

L. FLANAGAN

A Yes.
Q How would you describe the way she worked?
A She was a lovely person. She was great with guests, but she -- for me as a bartender, she was a bit inexperienced.
Q Why do you say she was inexperienced?
A I could tell by the way she -- you know, she left things around the bar, you know, the way the bar -- you're supposed to put everything in its right place for the next guy coming in, you know, so everything can run smoothly. She was kind of erratic where she put stuff. She was a lovely person, but she was just inexperienced.
Q Do you know if she had worked as a bartender before working at the Plaza Hotel?
A She mentioned a place to me, but it wouldn't have been a hotel or a sophisticated bar. Maybe in a regular, you know, what we call beer and shot joints, you know, just a regular pub or something. I forget the name, though.
Q You said sophisticated, what do you mean

L. FLANAGAN

by that?
A You're paying twenty-two dollars for a vodka. You know, top-end hotels where they have their, you know, specialty cocktails, where people want to know different drinks, different wines, whereas if you go to a regular bar they just want a beer and a shot.
Q How would you describe the front bars at the Plaza Hotel in 2008?
A It was a work in progress. You know, we were rushing to get open, the bars weren't finished, we were still doing construction, so it was a bit of -- bit of mayhem.
Q After the bars opened up in 2008, how would you describe the type of bars that were at the Plaza Hotel?
A The Rose Club would be described as a cocktail lounge, you know, we'd have specialty cocktails, and the Champagne Bar more or less was supposed to be, you know, just basic wines and champagnes.
Q Would you consider these sophisticated bars?
A The Rose Club, yes.

L. FLANAGAN

Q How about the Champagne Bar?
A Champagne Bar not so much because it's basic. It's mostly wine and champagne and the odd cocktail, you know.
Q Do you know Heather Buesing is?
A Yes.
Q Who is she?
A She's a bartender at the hotel.
Q Is she still working there?
A Yes. Actually she worked in the hotel before -- prior -- before we closed down. We had CPS 1 which was the former Edwardian Room, it was a private concession as well, so she worked in a bar in the hotel but not for the hotel.
Q Was she considered the new hire in 2008?
A Yes. She started in March.
Q Can you please describe the color of her skin?
A She's white.
Q Do you know about how old she was?
A Heather is about thirty-one, thirty-two.
Q Are you familiar with her experience working as a bartender prior to 2008?

L. FLANAGAN

A Yes. Because she would have been in CPS 1 which would have been in the hotel. She'd been a good bar -- she's a good bartender.
Q But prior to 2008, she had never worked for the Plaza --
A For the Plaza itself, no.
Q Do you know who Sean O'Toole is?
A Yes.
Q Who is Sean O'Toole?
A He's an Irish American guy.
Q How do you know him?
A He bartends with me in the hotel.
Q Does he still work there?
A Yes.
Q Do you know when he started working at the Plaza Hotel?
A Sean came on board, I would say, it would be later on, maybe in summer, June or July.
Q Of what year?
A Two oh eight.
Q Do you know who color skin he has?
A He's white.

L. FLANAGAN

Q About how old?
A Sean is thirty-two.
Q Do you know of his experience as a bartender prior to working at the Plaza Hotel?
A Yeah. Sean worked in Birdland. It's a jazz club, Broadway and 48th Street.
Q And just to be clear, he worked -- which bars did he work at?
A Rose Club, Champagne Bar.
Q He still works at those --
A Yes.
Q Do you know who Laura Schweitzer is?
A Yes. She's currently a bartender at the hotel. She actually worked in CPS 1 with Heather.
Q Do you know when she started working for the Plaza Hotel?
A If Heather was in March, probably late April. She started as a server and then transferred over to bartender.
Q April of what year?
A Two oh eight.
Q Do you know what color skin she has?
A White.

L. FLANAGAN

Q Do you know about how old she is?
A She's thirty.
Q Are you familiar with the work -- her work experience as a bartender prior to working at the Plaza in April 2008?
A Yeah. She's worked in CPS 1 as a bartender as well.
Q Do you know for how long?
A No.
Q Do you know who Miguel Aranda is?
A Yes.
Q Who is Miguel Aranda?
A Miguel Aranda was a bartender. He didn't work there that long, actually. He came on board I would say late summer of 2008.
Q Can you please -- can you tell us about how old he was and --
A I would say Miguel is about mid-thirties.
Q Do you know what color skin he has?
A Brown.
Q I'm going to show you this document I would like to have marked as P3.
(Whereupon, a housekeeping

L. FLANAGAN

department weekly schedule was marked as Plaintiff's Exhibit 3 for Identification.)

Q Do you recognize the document that I've just given you that's been identified for the record as P3?

A I think so, yeah. I think it's a training schedule. You know, when we started training before the room open. That's what it looks like to me. Yeah.

Q Do you know who Jamiyia Westcott is?

A Yeah. She was a new hire. She was hired as a bartender.

Q Did she work as a bartender?

A She ended up working in the Palm Court for a little bit.

Q And you said she was hired as a bartender -- front bartender or service bartender?

A Initially I believe front bartender, but she had no experience whatsoever so somebody noticed and put her in the Palm Court.

Q Can you describe what she looks like?

A She'd be young, twenty-four, tall,

L. FLANAGAN

African American, light skin, brown skin.

Q Do you know who Scott Teague is?

A Yes.

Q Who is Scott Teague?

A Scott was hired as a bartender, a new hire, for the Champagne Bar, Rose Club.

Q Do you know -- when you say he's a new hire, what do you mean -- in 2008?

A Yes. He would came in as -- in February as well, 2008.

Q Do you know in what capacity he was hired to work in?

A Bartender.

Q Front bartender?

A Front bartender.

Q But do you know about how old Mr. Teague is?

A I believe twenty-four, twenty-five.

Q Do you know what color skin he has?

A White.

Q Did you ever learn what, if any, experience Mr. Teague had as a bartender prior to working at the Plaza in 2008?

A No. I know he told me -- because he

L. FLANAGAN

came with Anthony Evangelista as well, and he was an assistant manager at Gin Lane, so I don't know if he bartended or not, but he just told me he was a manager there.

Q Did you ever have an opportunity to observe him work?

A Yes.

Q How would you describe -- let me withdraw that.

How would you characterize the way he worked?

A He was okay. You know, he could bartend, but he needed a bit more experience.

Q So he didn't have --

A He wouldn't have had the experience that the other guys had behind the bar.

Q Why do you say that he had limited experience?

A Well, at the Champagne Bar it's okay because it's fairly straight forward, but say, in the Rose Club when you're busy, you know, he got a little flustered, you know, he wasn't used to the heavy flowing, you know.

Q Do you know if Mr. Teague still works at

L. FLANAGAN

the Plaza Hotel?

A No.

Q Do you know why he no longer works there?

A He got fired.

Q Do you know why he got fired?

A He give -- some guy who's a chef with him before, he give him a drink on the house and the manager observed it.

Q Is there a policy against -- let me withdraw that.

Is there a policy regarding giving free drinks at the Plaza Hotel that was in effect after 2008?

A Yes. What you could do is you could say to the manager, listen, this is a regular customer, I would like to buy him a drink on the house, but you have to get permission first -- or if the manager isn't there, you tell him, you know, later.

Q Do you know who Eric Smades is?

A Yes. He was a new hire as well. He came in, in February to front bartender.

Q Can you tell us about how old he was?

L. FLANAGAN

A He would be early thirties.

Q Do you know what color skin he had?

A He was white.

Q Were you -- did you ever come to learn what his experience was working as a bartender prior to working at the Plaza in 2008?

A Yes. He -- he worked at some good spots in the city, actually. He was a good bartender. Because he worked -- the chef at the time, Didier Virot, he worked with him in one of his restaurants, so he brought him up to the hotel.

Q Do you know if Mr. Smades still works at the Plaza Hotel?

A No.

Q Do you know why he no longer works there?

A Yes. Yeah. One night we had an incident where somebody -- you know, we were kind of running the Rose Club as a nightclub. When you do that, you kind of keep the drinks basic, you don't make fancy cocktails because there's too many people, and somebody asked for a mojito and he refused to make it because

L. FLANAGAN

he was too busy, and he had an altercation with the manager and he had an altercation with him before so the next day they brought him to human resources and they fired him.

Q When you say altercation, what do you mean?

A Verbal argument.

Q Okay. I'm going to go back a little. Robert Kenyon, what color hair did he have?

A I would say black.

Q Do you know what color eyes he had?

A No.

Q How about Prather Remm, do you know what color hair she had?

A She had blond, blue eyes. Scandinavian, I suppose.

Q How about Heather Buesing?

A Yeah. She was the same, she was blond and blue eyes as well. She's Norweigian descent.

Q Sean O'Toole?

A He had brown hair.

Q Do you know what color eyes by any chance?

L. FLANAGAN

A No.

Q Laura Schweitzer?

A She had brown eyes, brown hair.

MR. McLANE: I'm detecting a pattern here.

THE WITNESS: I was going to say.

MR. McLANE: You know the eyes of the females but none of the males.

Q How about Miguel Aranda?

A Brown hair.

Q Scott Teague?

A He had brown hair too.

Q I'm going to assume you don't know what color his eyes are. Eric Smades?

A Brown hair as well.

(Whereupon, an off-the-record discussion was held.)

(Whereupon, a short break was taken.)

(Whereupon, a portion of the testimony was read back.)

Q Laura Schweitzer, do you know if her name changed?

L. FLANAGAN

A Yes. She got married. It's Royer now.

Q I'm going to show you this document that I would like to have marked for identification as P4. Please review that document.

(Whereupon, the Plaza bartender seniority list was marked as Plaintiff's Exhibit 4 for Identification.)

Q Do you recognize the document that I've just given you that's been marked for identification as P4?

A Yes.

Q What do you recognize this document to be?

A It's a seniority bartender list.

Q How do you recognize it?

A By the names and the dates on it.

Q Does this document appear to be accurate as far as you know?

A Yes. Well, I mean -- I mean, it's minor but Sean would be senior to Laura because Laura's -- that's her hire date, but she was hired as a server not a bartender, so I mean, Sean would be senior to her because it goes by

L. FLANAGAN

position.
Q Seniority goes by position?
A Yeah. Like if you're a bartender -- you know, it doesn't go by how long you were in the business. I mean, you could be, like, a bar-back for ten years and then become a bartender, but a guy who's there two years and, you know, is a bartender, if he's a bartender before you he has seniority.
Q Do you know who Kenny Okatami is?
A Who?
Q Kenny Okatami?
A No.
Q Do you know who David Jones is?
A Yes. He would have been assistant human resources director.
Q When?
A He would been there in the old Plaza, back in 2005.
MR. McLANE: I'm sorry, what was the name?
THE WITNESS: David Jones.
Q I'm going to show you this document that I would like have marked for identification as

L. FLANAGAN

P5 (handing).
(Whereupon, a packet of documents was marked as Plaintiff's Exhibit 5 for Identification.)
Q Do you recognize that document --
A Yes.
Q -- that I've just given you?
A Yeah.
Q What do you recognize this document to be?
A It's arbitration case for Carlos and Evelio about the seniority rights.
Q How do you recognize it?
A I've read it before, and I was actually at the arbitration case.
Q You testified?
A Yes.
Q What did you testify to at the arbitration?
A Just to confirm that Carlos and Evelio were front bartenders in the hotel.
Q In 2005, where were the work schedules posted?
A They would be posted in the room service

L. FLANAGAN

bar. That was kind of like the engine room for the bartenders in the hotel, you know, you pass by there every day, look at the schedule --
Q Where would it be physically?
A Physically it would be in the basement of the hotel in the old kitchen.
Q On a wall --
A On a wall, yeah. Inside a glass case.
Q I'm going to show you what's already been identified as P1 (handing). Is that the kind of schedule you're referring to?
A Yes.
Q Thank you.
A (Handing).
Q Now, prior to testifying at the arbitration -- at the arbitration in connection with P3, had you ever discussed with Carlos Rivera why he filed the grievance?
A Yes. Numerous occasions.
Q What did he tell you?
A Basically what happened was after my situation --
Q When you say your situation, what do you

L. FLANAGAN

mean?
A When they put me in the Palm Court and I went to human resources to rectify it, then Carlos and Evelio the following week did the same procedure -- went down and told them the same story exactly, and they came back to them and said, no, you're service bartenders.
Q What did -- did Carlos ever express to you any -- let me withdraw that.
You stated that you had discussed with Mr. Rivera the grievance that was filed, right -- correct?
A Correct.
Q What did you discuss?
A We discussed, you know, why his -- you know why the situation was the way it was. He had seniority rights, he was a front bartender, and he deserved -- you know, working in the hotel so many years deserved to be in the front bar position.
Q Did you ever discuss with any supervisors Carlos's situation?
A Yes. I mentioned it to Anthony Evangelista, Carlos Buena, human resources